FILED
2018 Jan-03 PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **NOOR IBRAHIM,** an individual | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )    CASE NUMBER _____ |
| | ) |
| **SOUTHERN PIONEER PROPERTY & CASUALTY INSURANCE COMPANY,** an individual foreign corporation, | ) ) ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

1. Plaintiff, Noor Ibrahim, is an individual resident citizen of the State of Alabama and is over the age of nineteen (19) years of age.

2. Defendant, Southern Pioneer Property & Casualty Insurance Company, is an Arkansas corporation with its principal place of business in Jonesboro, Arkansas, that does business throughout the State of Alabama.

## JURISDICTION AND VENUE

3. The amount in controversy exceeds $75,000.00.

4. The collision made the basis of this lawsuit occurred in the Northern District of Alabama, Eastern Division.

## **FACTS**

5. On or about March 11, 2016, Plaintiff, Noor Ibrahim, was riding as a passenger in a 2007 Cadillac DTS (V.I.N. 1G6KD57Y37U145447), that was traveling northbound on Quintard Avenue in Anniston, Alabama.

6. At that same time, Alisha Michelle Adams (hereinafter referred to as "Ms. Adams"), an uninsured motorist, was operating a motor vehicle and traveling directly behind the vehicle in which Plaintiff, Noor Ibrahim, was riding as a passenger.

7. Ms. Adams was operating a vehicle owned by Jani Shaddox (hereinafter referred to as "Ms. Shaddox").

8. Ms. Adams was following too closely to the vehicle in which Plaintiff, Noor Ibrahim, was riding as a passenger and did allow her motor vehicle to collide with the rear of the motor vehicle in which Plaintiff, Noor Ibrahim, was riding as a passenger.

9. At the time of the collision, both Ms. Adams and Ms. Shaddox were uninsured, as that term is defined by Alabama law, and Southern Pioneer Property & Casualty Insurance Company (hereinafter referred to as "Southern Pioneer") agrees Ms. Adams and Ms. Shaddox were uninsured at the time of this collision.

10. As a direct and proximate consequence of the acts and/or omissions of Ms. Adams, Plaintiff, Noor Ibrahim, was injured, harmed and damaged as follows:

(a) She suffered injuries to various portions of her body, including but not limited to: neck; upper back; lower back; left shoulder; right shoulder; right hand; and right knee

(b) She suffered aggravations/exacerbations of pre-existing conditions;

(c) She has experienced and continues to experience pain and suffering and is reasonably certain to experience pain and suffering in the future;

(d) She has experienced and continues to experience mental anguish;

(e) She is reasonably certain to experience mental anguish in the future;

(f) She was knocked, shocked, bruised and contused over various portions of her body;

(g) She was permanently injured, disfigured and damaged;

(h) She was caused to incur personal injury medical expenses for treatment from various doctors, physicians, and hospitals in excess of Twenty-Nine Thousand Dollars ($29,000.00);

(i) She was caused to incur out-of-pocket medical expenses; and

(j) She is reasonably certain to incur personal injury medical expenses in the future.

**COUNT ONE-UNINSURED MOTORIST BENEFITS (NEGLIGENCE)**

11. On or about March 11, 2016, Plaintiff, Noor Ibrahim, was riding as a passenger in a 2007 Cadillac DTS (V.I.N. 1G6KD57Y37U145447)(hereinafter "the insured vehicle"), that was traveling northbound on Quintard Avenue in Anniston, Alabama.

12. At that time, the insured vehicle was struck in its rear by Ms. Adams, an uninsured motorist.

13. Ms. Adams owed a duty to Plaintiff, Noor Ibrahim, to follow the Rules of the Road, to keep a proper lookout of traffic in front of her vehicle, to not follow too closely to the vehicles in front of her and to not allow her vehicle to collide with the insured vehicle.

14. Ms. Adams breached those duties to Plaintiff, Noor Ibrahim, when she allowed her motor vehicle to collide with the insured vehicle.

15. As a direct result of Ms. Adams's negligence, Plaintiff, Noor Ibrahim was injured, harmed and damaged as set forth in Paragraph 10 (a)-(j) *supra*.

16. At all times material hereto, Southern Pioneer issued a policy of automobile insurance coverage (policy number CP00005801) which afforded uninsured motorist coverage to the insured vehicle and that said policy was in full force and effect on the 11th day of March 2016, the date of the occurrence made the basis of Plaintiff's Complaint.

17. Southern Pioneer has assigned a claim number to Plaintiff's uninsured motorist claim (claim number CLM-6211) and has not notified Plaintiff of any coverage issues.

18. Southern Pioneer's policy inured to the benefit of Plaintiff, Noor Ibrahim, for personal injuries and damages caused by an uninsured motorist.

19. The Southern Pioneer policy was in full force and effect on the date of the occasion made the basis of this suit.

20. Plaintiff, Noor Ibrahim, avers that Ms. Adams and Ms. Shaddox qualify as "uninsured" motorists as those terms are defined by the Southern Pioneer policy as well as the laws of the state of Alabama.

21. Plaintiff, Noor Ibrahim, further contends that the negligence, of Ms. Adams caused and/or contributed to the incident described herein.

22. Plaintiff, Noor Ibrahim, contends she is "legally entitled to recover" damages from Ms. Adams by virtue of her negligence.

23. The injuries and damages complained of herein are of such nature that they should be covered by the insurance policy issued by Southern Pioneer.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Noor Ibrahim, hereby demands judgment against Defendant Southern Pioneer Property & Casualty Insurance Company for compensatory damages, including but not limited to, uninsured motorist benefits, in an amount greater than the jurisdiction minimum of this Court together with interest from the date of the injury plus the costs of this action.

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.**

Respectfully Submitted,

***/s/ Travis G. McKay, Jr.*** _____
Travis G. McKay, Jr. (ASB-9925-A36M)
Attorney for Plaintiff

**OF COUNSEL**
SHUNNARAH INJURY LAWYERS, P.C.
3626 Clairmont Avenue
Birmingham, Alabama 35222
Phone:          (205) 983-8143
Facsimile:      (205) 983-8443
Email:          tmckay@asilpc.com

Plaintiff's Address:

Noor Ibrahim
c/o Travis G. McKay, Jr.
Shunnarah Injury Lawyers, P.C.
3626 Clairmont Avenue
Birmingham, AL 35222

**SERVE DEFENDANTS VIA CERTIFIED MAIL AS FOLLOWS:**

**Southern Pioneer Property & Casualty Insurance Company**
**c/o CT Corporation System**
**2 North Jackson Street**
**Suite 605**
**Montgomery, AL  36104**